**CHRISTENSEN JAMES & MARTIN**
DARYL E. MARTIN, ESQ.
Nevada Bar No. 6735
Email: dem@cjmlv.com
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
Telephone:  (702) 255-1718
Facsimile:  (702) 255-0871
*Attorneys for Unite Here Health*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \* \* \*

| | |
|---|---|
| CRAIG P. KENNY & ASSOCIATES, | CASE NO.: 15-cv-00093-JCM-VCF |
| Plaintiff, | |
| vs. | |
| ARSIM BARDIQI, both individually and as Guardian Ad Litem of ALBINA BARDIQI and ALBI BARDIQI; LUMNIJE BINAKU, individually; CULINARY HEALTH FUND; JACKSON PHYSICAL THERAPY; DOES I through X, inclusive, | **STIPULATION TO DISTRIBUTE INTERPLEADER PROCEEDS AND DISMISS CASE** |
| Defendants. | |
| *and Related Counterclaims and Crossclaims* | |

Plaintiff CRAIG P. KENNY & ASSOCIATES and Defendants ARSIM BARDIQI, LUMNIJE BINAKU, UNITE HERE HEALTH (aka Culinary Health Fund) and JACKSON PHYSICAL THERAPY, each acting through their respective counsel, hereby stipulate and agree as stated below. This case was commenced by the filing of a Complaint in Interpleader relating to tort claims asserted by LUMNIJE BINAKU and by ARSIM BARDIQI, both individually and as Guardian Ad Litem of ALBINA BARDIQI and ALBI BARDIQI (both minors). All persons named in the Complaint in Interpleader and in the related Crossclaims and Counterclaims are parties to this Stipulation.

CHRISTENSEN JAMES & MARTIN
7440 WEST SAHARA AVE., LAS VEGAS, NEVADA 89117
PH: (702) 255-1718 § FAX: (702) 255-0871

IT IS HEREBY STIPULATED AND AGREED that CRAIG P. KENNY & ASSOCIATES, UNITE HERE HEALTH and JACKSON PHYSICAL THERAPY each have valid liens against the $30,000 in tort recoveries obtained by Defendants Arsim Bardiqi and Lumnije Binaku, the proceeds of which are presently held by Plaintiff CRAIG P. KENNY & ASSOCIATES.

IT IS FURTHER STIPULATED AND AGREED that the sum of $6,285.00 may be retained by Plaintiff CRAIG P. KENNY & ASSOCIATES.

IT IS FURTHER STIPULATED AND AGREED that the sum of $18,800.00 be distributed to Defendant UNITE HERE HEALTH.

IT IS FURTHER STIPULATED AND AGREED that the sum of $4,115.00 be distributed to Defendant JACKSON PHYSICAL THERAPY.

IT IS FURTHER STIPULATED AND AGREED that the sum of $800.00 be distributed to Defendant ARSIM BARDIQI, as Guardian Ad Litem of ALBINA BARDIQI ($350) and ALBI BARDIQI ($450).

IT IS FURTHER STIPULATED AND AGREED that the value of the valid liens related to the medical treatments that restored Defendants ARSIM BARDIQI and LUMNIJE BINAKU to a reasonable state of health exceed the amount of the tort recoveries they obtained individually, such that ARSIM BARDIQI and LUMNIJE BINAKU shall not retain any portion of the recoveries currently held by the Plaintiff.

/ / /

/ / /

/ / /

IT IS FURTHER STIPULATED AND AGREED that this matter may be dismissed with prejudice.

DATED this 29th day of July, 2015.

CHRISTENSEN JAMES & MARTIN

By: _/s/ Daryl E. Martin_
     Daryl E. Martin, Esq.
     Nevada Bar No. 6735
     7440 W. Sahara Avenue
     Las Vegas, NV 89117
     Tel.: (702) 255-1718
     E-mail: dem@cjmlv.com
     *Attorneys for Plaintiff*
     *Unite Here Health*

CRAIG P. KENNY & ASSOCIATES

By: _/s/ Bradley L. Kenny_
     Bradley L. Kenny, Esq.
     Nevada Bar No. 5033
     501 S. Eighth Street
     Las Vegas, Nevada 89101
     Tel.: (702) 380-2800
     Email: bkenny@cpklaw.com
     *Attorneys for Plaintiff and for Arsim*
     *Bardiqi and Lumijne Binaku*

CLEAR COUNSEL LAW GROUP

By: _/s/ Amy K. Crighton_
     Amy K. Crighton, Esq.
     Nevada Bar No. 12421
     50 S. Stephanie Suite 101
     Henderson, NV 89012
     Tel.: (702) 476-5900
     E-mail: amy@clearcounsel.com
     *Attorneys for Jackson Physical*
     *Therapy*

------------------------------

**ORDER**

This matter having been stipulated to by all parties to this Case through their respective counsel, and the Court being otherwise duly advised;

IT IS HEREBY ORDERED that Plaintiff CRAIG P. KENNY & ASSOCIATES, UNITE HERE HEALTH and JACKSON PHYSICAL THERAPY each have valid liens against the $30,000 in tort recoveries ("Recoveries") obtained by Defendants Arsim Bardiqi and Lumnije Binaku, the proceeds of which are presently held by Plaintiff CRAIG P. KENNY & ASSOCIATES.

IT IS FURTHER ORDERED that out of the Recoveries, the sum of $6,285.00 shall be distributed to Plaintiff CRAIG P. KENNY & ASSOCIATES.

IT IS FURTHER ORDERED that the sum of $18,800.00 be distributed by the Plaintiff to Defendant UNITE HERE HEALTH or to its counsel of record.

IT IS FURTHER ORDERED that the sum of $4,115.00 be distributed by the Plaintiff to Defendant JACKSON PHYSICAL THERAPY or to its counsel of record.

IT IS FURTHER ORDERED that the sum of $800.00 be distributed by the Plaintiff to Defendant ARSIM BARDIQI, as Guardian Ad Litem of ALBINA BARDIQI ($350) and ALBI BARDIQI ($450).

IT IS FURTHER ORDERED that this Case is dismissed with prejudice.

DATED:  August 4, 2015.

_____
UNITED STATES DISTRICT JUDGE

-4-